# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Rice, David E**

Report Year: 2020

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.

I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**/s/ Rice, David E [electronically signed on 05/12/2021 by Rice, David E in JEFS]**

# I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | Egenton Home, Inc. | Non-Profit | President |
| 2 | Trust #1 | Trust | Trustee |

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

None

# IV. Reimbursements

None

# V. Gifts

None

## VI. Liabilities

None

---

## VII. Investments and Trusts

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | PNC Bank Accounts | $2,501 - $5,000 | Interest | $250,001 - $500,000 | Cash Market | | | |
| 2 | Pentagon FCU Account | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 3 | APG FCU Account | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 4 | USAA Federal Accounts | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 5 | New Perspective Mutual Fund | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 6 | McCormick Common (MKC) | $1,001 - $2,500 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 7 | PNC Bank IRA's CD's | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 8 | TD Ameritrade Money Market Account | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 9 | Facebook, Inc. (FB) | None | None | None | Cash Market | | | |
| 9.1 | Facebook, Inc. (FB) | | | | | Sold | 04/30/2020 | $15,001 - $50,000 |
| 10 | Groupon, Inc. (GRPN) | None | None | $15,000 or less | Cash Market | | | |
| 11 | Netflix, Inc. (NFLX) | None | None | $15,000 or less | Cash Market | | | |
| 12 | Zynga, Inc. (ZNGA) | None | None | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 13 | Square, Inc. (SQ) | None | None | $15,001 - $50,000 | Cash Market | | | |
| 14 | Snap, Inc. (SNAP) | None | None | $15,000 or less | Cash Market | | | |
| 15 | Blue Apron Holdings, Inc. (APRN) | None | None | $15,000 or less | Cash Market | | | |
| 16 | SPDR Energy Select Sector Fund (XLE) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 17 | United States Oil Fund (DSO) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 18 | Brokerage Account #1 (H) | | | | | | | |
| 18.1 | Virtus KAR Small-Cap Value Fund (PXQSX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 18.1.1 | Virtus KAR Small-Cap Value Fund (PXQSX) | | | | | Purchased | 06/16/2020 | $15,000 or less |
| 18.2 | Franklin International Growth Fund (FNGZX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 18.2.1 | Franklin International Growth Fund (FNGZX) | | | | | Purchased | 06/03/2020 | $15,000 or less |
| 18.3 | WCM Focused International Growth Fund (WCMIX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 18.3.1 | WCM Focused International Growth Fund (WCMIX) | | | | | Purchased | 06/03/2020 | $15,000 or less |
| 18.4 | Victory Shares US Multi-Factor Minimum Vol ETF (VSMV) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 18.4.1 | Victory Shares US Multi-Factor Minimum Vol ETF (VSMV) | | | | | Purchased | 05/13/2020 | $15,000 or less |
| 18.5 | Federated Hermes Kaufman Small Cap Fund (FKAIX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 18.5.1 | Federated Hermes Kaufman Small Cap Fund (FKAIX) | | | | | Purchased | 05/13/2020 | $15,001 - $50,000 |
| 18.6 | Invesco S&P 500 Low Volatility ETF (SPVL) | $1,000 or less | Dividend | None | Cash Market | | | |
| 18.6.1 | Invesco S&P 500 Low Volatility ETF (SPVL) | | | | | Sold | 05/13/2020 | $15,000 or less |
| 18.7 | iShares S&P 500 Growth ETF (IVW) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 18.8 | iSharles S&P 500 Value ETF (IVE) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 18.9 | Invesco S&P 500 Revenue ETF (RWL) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 18.10 | Schwab U.S. Large-Cap Growth ETF (SCHG) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 18.11 | Vanguard FTSE Developed Markets ETF (VEA) | $1,000 or less | Dividend | None | Cash Market | | | |
| 18.11.1 | Vanguard FTSE Developed Markets ETF (VEA) | | | | | Sold | 06/03/2020 | $15,001 - $50,000 |
| 18.12 | Vanguard S&P Mid-Cap 400 Growth ETF (IVOG) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 18.13 | Vanguard S&P Mid-Cap 400 Value ETF (IVOV) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 18.14 | American Century Emerging Markets Fund (AMKIX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 18.15 | Baron Small Cap Fund (BSFIX) | $1,000 or less | Dividend | None | Cash Market | | | |
| 18.15.1 | Baron Small Cap Fund (BSFIX) | | | | | Sold | 05/13/2020 | $15,001 - $50,000 |
| 18.16 | Goldman Sachs Absolute Return Tracker Fund (GJRTX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 18.17 | Guggenheim Marco Opportunities Fund (GIOIX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 18.17.1 | Guggenheim Marco Opportunities Fund (GIOIX) | | | | | Purchased | 12/04/2020 | $15,000 or less |
| 18.18 | Janus Henderson International Opportunities Fund (HFOIX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 18.18.1 | Janus Henderson International Opportunities Fund (HFOIX) | | | | | Sold | 06/03/2020 | $15,000 or less |
| 18.19 | Lord Abbett Total Return Fund (LTRFX) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 18.20 | Neuberger Berman Core Bond Fund (NCRLX) | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 18.21 | PGIM Absolute Return Bond Fund (PADZX) | $1,000 or less | Dividend | None | Cash Market | | | |
| 18.21.1 | PGIM Absolute Return Bond Fund (PADZX) | | | | | Sold | 12/04/2020 | $15,000 or less |
| 18.22 | Royce Opportunity Fund (RYPNX) | $1,000 or less | Dividend | None | Cash Market | | | |
| 18.22.1 | Royce Opportunity Fund (RYPNX) | | | | | Sold | 06/16/2020 | $15,000 or less |
| 18.23 | Morgan Stanley Bank account | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 18.24 | IBM Common (IBM) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 19 | IRA #1 (H) | | | | | | | |
| 19.1 | MSLiquidAssetFund (now MS Private Bank, N.A.) | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 19.2 | Godman Sachs Absolute Return Fund (GJRTX) | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 19.2.1 | Godman Sachs Absolute Return Fund (GJRTX) | | | | | Sold | 06/03/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 19.3 | American Century Emerging Mkts Fund (AMKIX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 19.4 | Janus Henderson Int'l Opportunity Fund (HFOIX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 19.4.1 | Janus Henderson Int'l Opportunity Fund (HFOIX) | | | | | Sold | 06/03/2020 | $15,000 or less |
| 19.5 | iShares S&P 500 Value ETF (IVE) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 19.6 | Touchstone Sands Capital Select Growth Fund (CFSIX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 19.6.1 | Touchstone Sands Capital Select Growth Fund (CFSIX) | | | | | Sold | 06/03/2020 | $15,000 or less |
| 19.7 | Royce Opportunity Fund (RYPNX) | $1,000 or less | Dividend | None | Cash Market | | | |
| 19.7.1 | Royce Opportunity Fund (RYPNX) | | | | | Purchased | 06/03/2020 | $15,000 or less |
| 19.7.2 | Royce Opportunity Fund (RYPNX) | | | | | Sold | 06/16/2020 | $15,001 - $50,000 |
| 19.8 | Invesco S&P 500 Revenue ETF (RWL) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 19.9 | PGIM Jennison Mid-CapGrowth Fund (PEGZX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 19.9.1 | PGIM Jennison Mid-CapGrowth Fund (PEGZX) | | | | | Sold | 06/03/2020 | $15,000 or less |
| 19.10 | iShares S&P Mid-Cap 400 Value ETF (IJJ) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 19.10.1 | iShares S&P Mid-Cap 400 Value ETF (IJJ) | | | | | Purchased | 06/03/2020 | $15,000 or less |
| 19.11 | Hartford Multifactor Developed Markets ETF (RODM) | $1,000 or less | Dividend | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 19.11.1 | Hartford Multifactor Developed Markets ETF (RODM) | | | | | Sold | 06/03/2020 | $15,001 - $50,000 |
| 19.12 | Federated Kaufmann Small Cap Fund (FKAIX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 19.12.1 | Federated Kaufmann Small Cap Fund (FKAIX) | | | | | Sold | 06/03/2020 | $15,000 or less |
| 19.13 | Lord Abbett Total Return Fund (LTRFX) | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 19.13.1 | Lord Abbett Total Return Fund (LTRFX) | | | | | Sold | 06/03/2020 | $15,000 or less |
| 19.14 | Neuberger Berman Core Bond Fund (NCRLX) | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 19.14.1 | Neuberger Berman Core Bond Fund (NCRLX) | | | | | Sold | 06/03/2020 | $15,000 or less |
| 19.15 | Invesco S&P 500 Low Volatility Fund (SPVL) | $1,000 or less | Dividend | None | Cash Market | | | |
| 19.15.1 | Invesco S&P 500 Low Volatility Fund (SPVL) | | | | | Sold | 05/13/2020 | $15,000 or less |
| 19.16 | PGIM Absolute Return Bond Fund (PADZX) | $1,000 or less | Dividend | None | Cash Market | | | |
| 19.16.1 | PGIM Absolute Return Bond Fund (PADZX) | | | | | Sold | 12/04/2020 | $15,000 or less |
| 19.17 | Guggenheim Marco Opportunities Fund (GIOIX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 19.17.1 | Guggenheim Marco Opportunities Fund (GIOIX) | | | | | Purchased | 12/04/2020 | $15,000 or less |
| 19.18 | AB Concentrated Growth Fund (WPSGX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 19.18.1 | AB Concentrated Growth Fund (WPSGX) | | | | | Sold | 06/03/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 19.19 | VictoryShares US Min Vol ETF (VSMV) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 19.19.1 | VictoryShares US Min Vol ETF (VSMV) | | | | | Purchased | 05/13/2020 | $15,000 or less |
| 19.20 | Franklin Intl Growth Fund (FNGZX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 19.20.1 | Franklin Intl Growth Fund (FNGZX) | | | | | Purchased | 06/03/2020 | $15,001 - $50,000 |
| 19.21 | WCM Focused Int'l Growth (WCMIX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 19.21.1 | WCM Focused Int'l Growth (WCMIX) | | | | | Purchased | 06/03/2020 | $15,001 - $50,000 |
| 19.22 | Virtus KAR Small-Cap Fund (PXQSX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 19.22.1 | Virtus KAR Small-Cap Fund (PXQSX) | | | | | Purchased | 06/16/2020 | $15,001 - $50,000 |
| 20 | IRA #2 (H) | | | | | | | |
| 20.1 | Morgan Stanley Bank deposit account | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 20.2 | Columbia Strategic Income Fund (LSIZX) | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 20.2.1 | Columbia Strategic Income Fund (LSIZX) | | | | | Purchased | 01/27/2020 | $15,000 or less |
| 20.2.2 | Columbia Strategic Income Fund (LSIZX) | | | | | Purchased | 12/04/2020 | $15,001 - $50,000 |
| 20.3 | Eaton Vance Tax Managed Income Fund (ETB) | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 20.3.1 | Eaton Vance Tax Managed Income Fund (ETB) | | | | | Sold | 01/27/2020 | $15,000 or less |
| 20.4 | iShares Cohen & Steers REIT Fund (ICF) | $1,001 - $2,500 | Dividend | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 20.4.1 | iShares Cohen & Steers REIT Fund (ICF) | | | | | Sold | 01/27/2020 | $15,000 or less |
| 20.4.2 | iShares Cohen & Steers REIT Fund (ICF) | | | | | Sold | 04/24/2020 | $15,001 - $50,000 |
| 20.5 | Invesco S&P 500 High Dividend Low Volatility Fund (SPHD) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 20.6 | SPDR BBG Barclays Convertible Sec. Fund (CWB) | $2,501 - $5,000 | Dividend | None | Cash Market | | | |
| 20.6.1 | SPDR BBG Barclays Convertible Sec. Fund (CWB) | | | | | Sold | 01/27/2020 | $15,001 - $50,000 |
| 20.6.2 | SPDR BBG Barclays Convertible Sec. Fund (CWB) | | | | | Sold | 04/24/2020 | $15,001 - $50,000 |
| 20.7 | SPDR S&P Dividend Fund (SDY) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 20.7.1 | SPDR S&P Dividend Fund (SDY) | | | | | Sold | 01/27/2020 | $15,000 or less |
| 20.8 | Voya Global Advantage Fund (IGA) | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 20.9 | AB High Income Fund (AGDYX) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 20.9.1 | AB High Income Fund (AGDYX) | | | | | Sold | 01/27/2020 | $15,000 or less |
| 20.10 | Janus Henderson Global Equity Income Fund (HFQIX) | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 20.10.1 | Janus Henderson Global Equity Income Fund (HFQIX) | | | | | Purchased | 01/27/2020 | $15,000 or less |
| 20.11 | Principal Preferred Securities Fund (PPSIX) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 20.12 | PGIM Absolute Return Bond Fund (PADZX) | $1,001 - $2,500 | Dividend | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 20.12.1 | PGIM Absolute Return Bond Fund (PADZX) | | | | | Purchased | 01/27/2020 | $15,000 or less |
| 20.12.2 | PGIM Absolute Return Bond Fund (PADZX) | | | | | Sold | 12/04/2020 | $15,000 or less |
| 20.13 | Guggenheim Marco Opportunities Fund (GIOIX) | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 20.13.1 | Guggenheim Marco Opportunities Fund (GIOIX) | | | | | Purchased | 01/27/2020 | $15,000 or less |
| 20.13.2 | Guggenheim Marco Opportunities Fund (GIOIX) | | | | | Purchased | 12/04/2020 | $15,001 - $50,000 |
| 20.14 | Performance Trust Strategic Bond Fund (PTIAX) | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 20.14.1 | Performance Trust Strategic Bond Fund (PTIAX) | | | | | Purchased | 01/27/2020 | $15,001 - $50,000 |
| 20.14.2 | Performance Trust Strategic Bond Fund (PTIAX) | | | | | Purchased | 12/04/2020 | $15,001 - $50,000 |
| 20.15 | Calamos Convertible Fund (CICVX) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 20.15.1 | Calamos Convertible Fund (CICVX) | | | | | Purchased | 04/24/2020 | $15,001 - $50,000 |
| 20.16 | Federated Strategic Value Fund (SVAIX) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 20.16.1 | Federated Strategic Value Fund (SVAIX) | | | | | Purchased | 04/24/2020 | $15,001 - $50,000 |
| 21 | Trust #1 (H) | See Note | | | | | | |
| 21.1 | Pimco Dynamic Credit & Mortgage Income Fund (PCI) | $1,000 or less | Dividend | None | Cash Market | | | |
| 21.1.1 | Pimco Dynamic Credit & Mortgage Income Fund (PCI) | | | | | Purchased | 06/12/2020 | $15,000 or less |
| 21.1.2 | Pimco Dynamic Credit & Mortgage Income Fund (PCI) | | | | | Sold | 11/11/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 21.2 | Janus Henderson Balanced Fund (JBALY) | $1,000 or less | Dividend | None | Cash Market | | | |
| 21.2.1 | Janus Henderson Balanced Fund (JBALY) | | | | | Purchased | 08/20/2020 | $15,000 or less |
| 21.2.2 | Janus Henderson Balanced Fund (JBALY) | | | | | Sold | 11/11/2020 | $15,000 or less |
| 21.3 | Comerica Bank deposit account | None | None | None | Cash Market | | | |
| 21.4 | MBIA Bond | $1,000 or less | Interest | None | Cash Market | | | |
| 21.4.1 | MBIA Bond | | | | | Sold | 11/11/2020 | $15,000 or less |
| 21.5 | Enbridge, Inc. (ENB) | $1,000 or less | Dividend | None | Cash Market | | | |
| 21.5.1 | Enbridge, Inc. (ENB) | | | | | Sold | 11/11/2020 | $15,000 or less |
| 21.6 | Allianzgi Income Growth Fund (AZNCX) | $1,000 or less | Dividend | None | Cash Market | | | |
| 21.6.1 | Allianzgi Income Growth Fund (AZNCX) | | | | | Sold | 11/11/2020 | $15,001 - $50,000 |
| 21.7 | Invesco High Yield Municipal Fund (ACTDX) | $1,000 or less | Dividend | None | Cash Market | | | |
| 21.7.1 | Invesco High Yield Municipal Fund (ACTDX) | | | | | Sold | 11/11/2020 | $15,000 or less |
| 21.7.2 | Invesco High Yield Municipal Fund (ACTDX) | | | | | Sold | 09/18/2020 | $15,000 or less |
| 21.8 | PIMCO Income Fund (PONPX) | $1,000 or less | Dividend | None | Cash Market | | | |
| 21.8.1 | PIMCO Income Fund (PONPX) | | | | | Sold | 09/18/2020 | $15,000 or less |
| 21.8.2 | PIMCO Income Fund (PONPX) | | | | | Sold | 11/11/2020 | $15,000 or less |
| 21.9 | First Trust MLP Fund (FEI) | $1,000 or less | Dividend | None | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 21.9.1 | First Trust MLP Fund (FEI) | | | | | | Sold | 09/24/2020 | $15,000 or less |
| 21.10 | Janus Henderson Global Equity Fund (HFQIX) | | $1,000 or less | Dividend | None | Cash Market | | | |
| 21.10.1 | Janus Henderson Global Equity Fund (HFQIX) | | | | | | Sold | 09/24/2020 | $15,000 or less |
| 21.10.2 | Janus Henderson Global Equity Fund (HFQIX) | | | | | | Sold | 11/11/2020 | $15,000 or less |
| 21.11 | Nexpoint Credit Strategies Fund (NHF) | | $1,000 or less | Dividend | None | Cash Market | | | |
| 21.11.1 | Nexpoint Credit Strategies Fund (NHF) | | | | | | Sold | 09/18/2020 | $15,000 or less |
| 21.12 | Pioneer Multi-Asset Income Fund (PMFYX) | | $1,000 or less | Dividend | None | Cash Market | | | |
| 21.12.1 | Pioneer Multi-Asset Income Fund (PMFYX) | | | | | | Sold | 08/20/2020 | $15,000 or less |
| 21.13 | Highland Global Allocation Fund (HGLB) | | $1,000 or less | Dividend | None | Cash Market | | | |
| 21.13.1 | Highland Global Allocation Fund (HGLB) | | | | | | Sold | 09/18/2020 | $15,000 or less |
| 21.14 | Angel Oak Multi-Strategy Income Fund (ANGIX) | | $1,000 or less | Dividend | None | Cash Market | | | |
| 21.14.1 | Angel Oak Multi-Strategy Income Fund (ANGIX) | | | | | | Sold | 11/11/2020 | $15,000 or less |
| 21.15 | Columbia Strategic Income Fund (LSIZX) | | $1,000 or less | Dividend | None | Cash Market | | | |
| 21.15.1 | Columbia Strategic Income Fund (LSIZX) | | | | | | Sold | 06/12/2020 | $15,000 or less |
| 22 | Mineral Rights, Dimmit County, TX | See Note | None | None | $15,001 - $50,000 | Estimated | | | |
| 23 | Mineral Rights, Canadian County, OK | | | None | $15,001 - $50,000 | Estimated | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 24 | Mineral Rights, Franklin County, AR | | | None | $15,001 - $50,000 | Estimated | | | |
| 25 | Mineral Rights, Lincoln County, OK | | | None | $15,001 - $50,000 | Estimated | | | |
| 26 | Mineral Rights, Pontotoc County, OK | | | None | $15,001 - $50,000 | Estimated | | | |
| 27 | PNC Bank (CD) | | $1,000 or less | Interest | $50,001 - $100,000 | Cash Market | | | |
| 28 | M&T Bank Accounts | | $1,000 or less | Interest | $100,001 - $250,000 | Cash Market | | | |
| 29 | Bank of America Accounts | | $1,000 or less | Interest | $50,001 - $100,000 | Cash Market | | | |
| 30 | Brokerage Account No. 2 (H) | See Note | | | | | | | |
| 30.1 | Apple Inc. (AAPL) | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.2 | AT&T (T) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.3 | Bristol-Myers Squibb (BMY) | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.4 | Carnival Corp. (CCL) | | None | None | $15,000 or less | Cash Market | | | |
| 30.5 | Caterpillar Inc. (CAT) | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.6 | Cisco Systems Inc. (CSCO) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.7 | Clearway Energy A (CWEN'A) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.8 | Clearway Energy C (CWEN) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.9 | Coca Cola Co. (KO) | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 30.10 | ConocoPhillips (COP) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.11 | Crown Castle Int'l Corp. (CCI) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.12 | Dollar Gen. Corp. (DG) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.13 | Duke Energy Corp. (DUK) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.14 | Emerson Electric Co. (EMR) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.15 | Enbridge Inc. (ENB) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.16 | Energy Transfer LP (ET) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.17 | Enterprise Products LP (EPD) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.18 | Evergy Inc. (EVRG) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.19 | Exxon Mobile Corp. (XOM) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.20 | Four Corners Properties (FCPT) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.21 | Gaming & Leisure Properties (GLPI) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.22 | Home Depot Inc. (HD) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.23 | Honeywell Int'l Inc. | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.24 | Iron Mountain Inc. (IRM) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.25 | Johnson & Johnson | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 30.26 | JPMorgan Chase & Co. (JPM) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.27 | Lowes Companies (LOW) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.28 | LTC Properties Inc. (LTC) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.29 | Magellan Midstream Ptnrs (MMP) | $2,501 - $5,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 30.30 | Mastercard Inc. (MA) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.31 | Medical Properties Trust (MPW) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.32 | Microsoft Corp. (MSFT) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.33 | NuStar Energy LP (NS) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.34 | ONEOK Inc. (OKE) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.35 | Pepsico Inc. (PEP) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.36 | Petmedexpress (PETS) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.37 | Pfizer Inc. (PFE) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.38 | Phillip Morris Int'l Inc. (PM) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.39 | Phillips 66 (PSX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.40 | Raytheon Technologies (RTX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.41 | Realty Income Corp. (O) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 30.42 | RMR Group Inc. (RMR) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.43 | Simon Property Group (SPG) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.44 | Synchrony Financial (SYF) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.45 | Timken Co. (TKR) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.46 | Timken Steel Corp. (TMST) | None | None | $15,000 or less | Cash Market | | | |
| 30.47 | Verizon Communications (VZ) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.48 | ViacomCBS (VIAC) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.49 | Viatris Inc. (VTRS) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.50 | Visa Inc. (V) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.51 | Wabtec Corp. (WAB) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.52 | Walt Disney Co. (DIS) | None | None | $15,001 - $50,000 | Cash Market | | | |
| 30.53 | Washington Prime Group (WPG) | None | None | $15,000 or less | Cash Market | | | |
| 30.54 | Weingarten Realty Inv. (WRI) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.55 | Chesapeake Granite Wash (CHKR) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.56 | Cushing MLP (SRV) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.57 | FT NASDAQ Cyber (CIBR) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 30.58 | Highland Global (HGLB) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.59 | Nexpoint Strategic (NHF) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.60 | SPDR S&P Aero & Def (XAR) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.61 | Tekla Healthcare (THQ) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.62 | Kentucky Ass'n of Counties Fin. Corp. Bond | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 30.63 | Glendale AZ Union HS District No. 205 Bond | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 30.64 | Federated Hermes Prime Cash Money Market Fund (PCOXX) | $1,000 or less | Dividend | None | Cash Market | | | |
| 30.64.1 | Federated Hermes Prime Cash Money Market Fund (PCOXX) | | | | | Sold | 12/04/2020 | $50,001 - $100,000 |
| 30.65 | American Capital Income (CAIBX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.66 | American Fundamental (ANCFX) | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 30.67 | American Fundamental F-2 (FINFX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.68 | American High Income (AMHIX) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.69 | American Int'l Growth (IGAAX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.70 | American New World (NEWFX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.71 | Invesco Environmental (OPAMX) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 30.72 | Invesco Global Strategic (OPSIX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.73 | Invesco AMT-Free Muni (OPTAX) | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 30.74 | Lord Abbett Bond (LBNDX) | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 30.75 | Lord Abbett High Yield (HYMAX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.76 | Lord Abbett Int'l Value (LIDAX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.77 | Lord Abbett Multi-Asset (ISFAX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.78 | MSIF Ultra-Short Income (MUAIX) | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 30.79 | Neuberger Berman Equity (NBHAX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 30.80 | PIMCO Short-Term Fund (PSHAX) | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 30.81 | Western Asset Fund (SBLTX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.82 | Bank of America Corp. (BAC) | $1,000 or less | Dividend | None | Cash Market | | | |
| 30.82.1 | Bank of America Corp. (BAC) | | | | | Sold | 11/23/2020 | $15,001 - $50,000 |
| 30.83 | Bank of America Preferred E (BAC.E) | $1,000 or less | Dividend | None | Cash Market | | | |
| 30.83.1 | Bank of America Preferred E (BAC.E) | | | | | Sold | 11/23/2020 | $15,001 - $50,000 |
| 30.84 | McDonalds Corp. (MCD) | $1,000 or less | Dividend | None | Cash Market | | | |
| 30.84.1 | McDonalds Corp. (MCD) | | | | | Sold | 11/23/2020 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 30.85 | Morgan Stanley Preferred A (MS.A) | $1,000 or less | Dividend | None | Cash Market | | | |
| 30.85.1 | Morgan Stanley Preferred A (MS.A) | | | | | Sold | 11/23/2020 | $15,000 or less |
| 30.86 | Morgan Stanley Bank NA account | $1,000 or less | Interest | $100,001 - $250,000 | Cash Market | | | |
| 31 | Brokerage Account No. 3 (H) | See Note | | | | | | |
| 31.1 | Morgan Stanley bank account | $1,000 or less | Interest | $50,001 - $100,000 | Cash Market | | | |
| 31.2 | MSBNA Preferred Savings | $1,000 or less | Interest | $100,001 - $250,000 | Cash Market | | | |
| 31.3 | MSPBNA Preferred Savings | $1,000 or less | Interest | $100,001 - $250,000 | Cash Market | | | |
| 32 | IRA No. 3 (H) | See Note | | | | | | |
| 32.1 | Fidelity Large Cap Equity Fund | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 32.2 | Fidelity Small Cap Equity Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 32.3 | Fidelity Income Ret. Portfolio | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 32.4 | Fidelity Stable Value Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33 | IRA No. 4 (H) | See Note | | | | | | |
| 33.1 | MS Bank account | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 33.2 | Centene Corp. (CNC) | None | None | $15,000 or less | Cash Market | | | |
| 33.3 | Energizer Holdings Inc. (ENR) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 33.4 | Nextera Energy Inc. (NEE) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.5 | First Trust MLP & Energy (FEI) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.6 | Highland Income Fund (HFRO) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.7 | Nexpoint Strategic Op (NHF) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.8 | Pennant Park Floating Rate (PFLT) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.9 | Vanguard Dividend Fund (VIG) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.10 | WisdomTree US Small Cap (DES) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.11 | AllianzGI Inc & Growth (AZNAX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.12 | Altegris Opportunistic (RAAAX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.13 | American Fundamental (ANCFX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.14 | AQR Large Cap Defensive (AUEIX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.15 | DWS Real Estate Secs (RRRRX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.16 | Eaton V Atlanta Capital (EAASX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.17 | First Eagle Global (SGENX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.18 | First Eagle Overseas (SGOVX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.19 | Hartford Balanced Inc (HBLAX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 33.20 | Hartford Dividend (IHGIX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.21 | Hartford Healthcare (HGHAX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.22 | Hartford Int'l Value (HILAX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.23 | Invesco Diversified (LCEAX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.24 | Invesco Int'l Small-Mid (OSMAX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.25 | Janus Henderson Global (HFQAX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.26 | Lord Abbett Bond Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.27 | Mainstay MacK Hi Yield (MHCAX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.28 | Nuveen Real Asset Inc (NRIAX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.29 | TRowePrice Equity Inc (PAFDX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.30 | TRowePrice Hi Yield (PAHIX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.31 | TRowe Price Int'l Bond (PAIBX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 33.32 | Virtis Seix Total Return (SAMFX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

## Additional Information or Explanation

| PART | # | NOTE |
|------|-----|------|
| VII. | 21 | Trust #1 terminated during the reporting period and all assets were distributed to beneficiaries prior to December 31, 2020. |
| VII. | 22 | Not Applicable. |
| VII. | 30 | Acquired without a reportable transaction. |
| VII. | 31 | Acquired without a reportable transaction. |
| VII. | 32 | Acquired without a reportable transaction. |
| VII. | 33 | Acquired without a reportable transaction. |